IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| AL JEROME ANDRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:19-CV-149-WKW |
| | ) | [WO] |
| TERESA SPEAR ATZBACH, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the court is Plaintiff's Notice of Dismissal. (Doc. # 11.) Because the notice comports with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff's action against Defendant Teresa Spear Atzbach has been dismissed by operation of Rule 41(a)(1).

The Clerk of the Court is DIRECTED to reflect in the court's electronic record that Defendant Teresa Spear Atzbach has been terminated as a defendant in this action.

It is further ORDERED that Defendant Teresa Spear Atzback's Motion to Dismiss Based on Fraudulent Joinder (Doc. # 6) is DENIED as moot.

DONE this 10th day of September, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE